DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MIRIAM PITA DE O'CAMPO,** as Personal Representative of the
**ESTATE OF PABLO O'CAMPO BUSTAMENTE,**
Appellant,

v.

**FLORIDA POWER & LIGHT COMPANY,**
Appellee.

No. 4D2024-1792

[December 18, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 31-2021-CA-000125.

Julie H. Littky-Rubin of Clark, Fountain, Littky-Rubin & Whitman, LLP, Palm Beach Gardens, Evan D. Lubell and Ty G. Roland of Aloia, Roland, Lubell & Morgan, PLLC, Fort Myers, and Aaron V. Johnson of Collins Brown Barkett, Chartered, Vero Beach, for appellant.

Charles M-P "Chip" George of Law Offices of Charles M-P George, Coral Gables, and Peter R. Restani and Maria E. Dalmanieras of Wade Clark Mulcahy, LLP, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CONNER and SHAW, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***